UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CEDRIC ADAMS | CIVIL ACTION NO. 14-0229-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| EDDIE KENNEDY, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding the loss of his good-time credits are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims regarding harassment and retaliation are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional

right.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 6th day of October, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE